UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>NH Housing Finance Authority</u>

          v.                          Civil No. 06-cv-248-JM

<u>Reginald Chown, Jr. and Laurie S. Chown,</u>
<u>US Internal Revenue Service,</u>
<u>Littlefield Condominium</u> Associates


<u>O R D E R</u>


      The United States moves for an entry of an order directing the Clerk of Court to disburse funds that have been interpleaded in this matter, together with any interest that has accrued upon such funds, to the United States.

      The basis for the relief this motion seeks is that on May 4, 2007, the Court entered an order granting the United States' motion for summary judgment, and judgment was entered in favor of the United States. No party has filed a notice of appeal, and the time to file an appeal has expired. Thus, the full amount of the funds, ( $68,447.83), together with interest shall be distributed to the United States and applied to the unpaid income tax liability of Reginald R. Chown and Laurie S. Chown.

SO ORDERED.

September 28, 2007

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

cc:   William H. Craig, Jr., Esq.
      Thomas P. Cole, Esq.
      Edmund J. Waters, Jr., Esq.